**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

TEJADA RUIZ

     Plaintiff,

  v.                                         Case No. 2:26-cv-02303-BCL-tmp

MINTER et al.,

     Defendants.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner, Isaac Tejada Ruiz, is a non-citizen from El Salvador currently detained at the West Tennessee Detention Center. Doc. 1 at 3-4. On March 20th, 2026, Petitioner filed for a Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking release on his own recognizance. *Id.* at 20.

Petitioner is **ORDERED** to immediately serve his Section 2241 petition to Stuart J. Canale, Assistant United States Attorney for the Western District of Tennessee at stuart.canale@usdoj.gov, and file a Notice stating when he has done so. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard given the potentially expedited nature of these proceedings.

Respondent is **ORDERED** to file a response to the Petition within three (3) days of Petitioner's filing of a Notice of Service. Petitioner may file a reply within three (3) days of service of the response.

**IT IS SO ORDERED**, this 23rd day of March, 2026.

_s/Brian C. Lea_

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE