# OOPS!

*ERRONEOUSLY ATTACHED IMAGE IS HEREBY REPLACED TO CORRECT THE RECORD.*